**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
At Baltimore

| | | |
|---|---|---|
| IN RE : | * | |
| | * | |
| Stephen R. Allen | * | Case Number 25-12719 |
| | * | Chapter 7 |
| Debtor | * | |
| | * | |

**RESPONSE TO ORDER TO SHOW CAUSE**

The Debtor, Stephen R. Allen, by and through his attorney, Geri Lyons Chase, responds to the Order to Show Cause as follows:

1. The Debtor filed this Chapter 7 petition on March 31, 2025. With his petition he filed Official Form 122A – 1, Chapter 7 Statement of Your Current Monthly Income, as well as Official Form 122A - 1Supp, Statement of Exemption from Presumption of Abuse Under § 707(b)(2), [Docket Number 25].

2. On April 2, 2025, a Deficiency Notice was issued which stated that the pleading was incomplete.

3. Counsel for the Debtor reviewed the filed copy of the Official Form 122A – 1 and Official Form 122A – 1Supp, and confirmed that the information was completed.

4. After confirming the completion of the form, Counsel inadvertently did not refile the form with the court and on April 24, 2025, this Court entered an order striking the pleading, which has resulted in the issuance of the Order to Show Cause entered on June 5, 2025.

5. Because the debts of the Debtor are not primarily consumer debts, the Official Form 122A clearly states "If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of

Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form." Official Form 122A – 1 Supp. states if the debts are not consumer to check the box at the top of the Form 122A and file the supplement with the form. That was done by the Debtor.

6. The Debtor has fully complied with the filing requirements as instructed by the official forms and therefore, the Official Form 122A filed herewith should be accepted.

7. The Debtor's case should not be dismissed because the filing was made in good faith and was only stricken as a result of an inadvertent error by counsel.

WHEREFORE, The Debtor prays:

a. That the Show Cause Order be dissolved,

b. and for such other and further relief as this cause may require.


*/s/ Geri Lyons Chase, Esq.*
Geri Lyons Chase, #09275
Law Office of Geri Lyons Chase
2007 Tidewater Colony Drive, Suite 2B
Annapolis, MD 21401
(410) 573-9004
gchase@glchaselaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2025, a copy of this Response to Show Cause Order was served electronically by the Court's CM/ECF system on the following:

**Chaitanya Gopal**         cgopal@raslg.com
**Craig B. Leavers**        craig@leaverslaw.com, MD67@ecfcbis.com
**Alexandra Marie Oyston**  AOyston@G-E-Law.com
**Aaron James Turner**      aturner@levingann.com
**Christopher S. Young**    cyoung@btlg.us, kwheeler@btlg.us


*/s/ Geri Lyons Chase, Esq.*
Geri Lyons Chase